UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Michele alice Tappan aka Michele A. Tappan aka Michele Tappan aka Michelle A. Tappan aka Michelle Alice Tappan aka Michelle Tappan,<br><br>Debtor(s). | CHAPTER 13<br>CASE NO.: 19-05019-jw<br><br><br>NOTICE OF APPEARANCE |

The undersigned hereby provides notice of an appearance in this case on behalf of Wells Fargo Bank, N.A., (the "Creditor"), and requests that the firm name is added to the mailing matrix and that the firm be copied with all notices and pleadings served in this case at the address provided herein.

**Rogers Townsend & Thomas, PC**
**Post Office Box 100200**
**Columbia, SC  29202-3200**

s/ Robert P. Davis
John J. Hearn (I.D. 6494)
Robert P. Davis (I.D. 10258)
Kevin T. Brown (I.D. 5801)
Attorney for the Creditor
Post Office Box 100200
Columbia, SC 29202
(803) 744-4444

Columbia, South Carolina
October 11, 2019